UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA,     :
                              :
       -v-                     :          S3 10 Cr. 336 (LAK)
                              :
JOHN CAMPOS, et al.           :          **Notice of Motion to**
                              :          **Dismiss the Indictment**
                              :
             Defendants.      :          ECF Case
                              :
------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law in Support of Defendant John Campos's Motion to Dismiss the Indictment and attached exhibits, defendant John Campos hereby moves this Court to dismiss all counts of the Indictment pending against him.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Frederick P. Hafetz (FH 1219)
                                                            Kathleen E. Cassidy  (KC 0630)
                                                            Hafetz Necheles & Rocco
                                                            500 Fifth Avenue, 29th Floor
                                                            New York, NY 10110
                                                            (212) 997-7595


                                                            Neil A. Kaplan
                                                            Anneli R. Smith
                                                            Clyde Snow
                                                            201 South Main Street, Suite 1300
                                                            Salt Lake City, UT 84111
                                                            (801) 322-2516

                                                            *Attorneys for defendant John Campos*