## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2011, I caused a true and correct copy of Defendant John Campos's Notice of Motion and Memorandum of Law in Support of his Motion to Dismiss the Indictment to be served upon all parties by filing it using the Court's CM/ECF system.

                                                            _____/s/_____
                                                           Kathleen E. Cassidy