UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          :
                                  :
         v.                       :     **NOTICE OF APPEARANCE**
                                  :     **AND REQUEST FOR**
                                  :     **ELECTRONIC NOTIFICATION**
DANIEL TZVETKOFF, et al.          :
                                  :     **10 CR 336 (LAK)**
         Defendant.               :

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              Preet Bharara,
                              United States Attorney
                              for the Southern District of New York


                        By:  _____/s/_____
                              Niketh Velamoor
                              Assistant United States Attorney
                              (212) 637-1076
                              niketh.velamoor@usdoj.gov