UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10 Cr. 336 (LAK) |
| Plaintiff | ) | ECF CASE |
| v. | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| | ) | **PRO HAC VICE ADMISSION** |
| CHAD ELIE, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul D. Clement, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant Chad Elie in the above-captioned action.

I am in good standing of the bars of the District of Columbia and of the states of Virginia and Wisconsin, and a certificate of good standing for each bar is attached hereto. There are no pending disciplinary proceedings against me in any state or federal court. The United States consents to this motion.

Dated: November 28, 2011

Respectfully Submitted,

_____
Paul D. Clement
Bancroft PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: (202) 234-0090
Fax: (202) 234-2806
pclement@bancroftpllc.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
UNITED STATES OF AMERICA,           )     No. 10 Cr. 336 (LAK)
                                    )
            Plaintiff                )     ECF CASE
       v.                           )
                                    )     **ORDER FOR ADMISSION**
CHAD ELIE, *et al.*,                )
            Defendants.              )
_____ )

The unopposed motion of Paul D. Clement for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and of the states of Virginia and Wisconsin; and that his contact information is as follows:

> Paul D. Clement
> Bancroft PLLC
> 1919 M Street, N.W., Suite 470
> Washington, D.C. 20036
> Telephone: (202) 234-0090
> Fax: (202) 234-2806
> pclement@bancroftpllc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Chad Elie in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD (http://nysd.uscourts.gov/ecf_registration.php).

Dated:

_____
Hon. Lewis A. Kaplan,
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on November 28, 2011, I served one copy of the *Motion for Admission Pro Hac Vice* of Paul D. Clement by e-mail and first-class mail, postage prepaid, upon the following:

Arlo Devlin-Brown
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Tel. (212)-637-2506
Fax (212)-637-2527
arlo.devlin-brown@usdoj.gov

Niketh Varadaraj Velamoor
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Tel. (212) 637-1076
Fax (212) 637-2527
niketh.velamoor@usdoj.gov

_____
D. Zachary Hudson

1



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

A. John Voelker
Acting Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### PAUL CLEMENT

*was admitted to practice as an attorney within this state on May 29, 2003 and is presently in good standing in this court.*

*Dated: November 22, 2011*

**CHRISTOPHER J. PAULSEN**
*Chief Deputy Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**PAUL CLEMENT**

was on the 3RD day of MAY, 1996

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 23, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT PAUL ANDREW CLEMENT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. CLEMENT** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 1994**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued November 21, 2011

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER