UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        -against-

DANIEL TZVETKOFF, et al.,

        Defendants.
------------------------------------x

S3 10 Crim. 336 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/12

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The parties are hereby ordered to provide additional briefing addressing the implications, if any, of the Department of Justice Office of Legal Counsel's recent opinion, *Whether Proposals by Illinois and New York to Use the Internet and Out-of-State Transaction Processors to Sell Lottery Tickets to In-State Adults Violate the Wire Act*, for this case and particularly the pending motions to dismiss the indictment. The opinion was drafted on September 20, 2011, was made public on December 23, 2011, and is available at http://www.justice.gov/olc/opinions.htm. The parties have until February 6, 2012 to submit these briefs, which are not to exceed ten pages double-spaced.

        SO ORDERED.

Dated: January 26, 2012

                                          Lewis A. Kaplan
                                      United States District Judge