UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | ECF CASE |
| ) | |
| v. ) | **NOTICE OF APPEARANCE AND REQUEST** |
| ) | **FOR ELECTRONIC NOTIFICATION** |
| CHAD ELIE, *et al.*, ) | **10 Cr. 336 (LAK)** |
| ) | |
| Defendants. ) | |

TO: Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of the Government and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                  Respectfully submitted,

                                                  PREET BHARARA
                                                  United States Attorney for the
                                                    Southern District of New York

                                              by: /s/ Andrew D. Goldstein
                                                    Andrew D. Goldstein
                                                    Assistant United States Attorney
                                                    (212) 637-1559