UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA              :       ORDER ACCEPTING
                                              PLEA ALLOCUTION
        -v.-                          :

ISAI SCHEINBERG,                      :       S3 10 Cr. 336 (LAK)

                    Defendant.        :

------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 25, 2020;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

DATED:  New York, New York
        ~~April~~ May 26, 2020

                                              _____
                                              THE HONORABLE LEWIS A. KAPLAN
                                              UNITED STATES DISTRICT JUDGE