UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA

        -against-                                  10-cr-0336 (LAK)

ISAI SCHEINBERG,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Counsel's attention is invited to the Fourth Amended Standing Order of this Court in *In re: Coronavirus/COVID-19 Pandemic,* 20-mc-138 (June 12, 2020). In pertinent part, it provides that "[p]ersons who have returned from international travel . . . within the past 14 days" may not be admitted to the courthouse.

        The Court will not make exceptions.

        SO ORDERED.

Dated:        September 22, 2020

                                                  Lewis A Kaplan
                                                  United States District Court